# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CRIMINAL DOCKET FOR CASE #: <u>3:14−cr−00050−SDD−RLB−5</u>

Case title: USA v. Terrell et al

Date Filed: 05/15/2014

Date Terminated: 08/19/2015

Assigned to: Chief Judge Shelly D.
Dick
Referred to: Magistrate Judge
Richard L. Bourgeois, Jr.

**<u>Defendant (5)</u>**

| | |
|---|---|
| **Carey James Bass**<br>*TERMINATED: 08/19/2015* | represented by **Michael Adams Fiser**<br>830 Main Street<br>Baton Rouge, LA 70802<br>225−343−5059<br>Fax: 336−4667<br>Email: michael@fiserlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**FPD Mark Upton**<br>*TERMINATED: 10/22/2014*<br>*Designation: Federal Public Defender Appointed* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| CONTROLLED SUBSTANCE –<br>SELL, DISTRIBUTE, OR<br>DISPENSE<br>(6) | Imprisonment of 60 months. Supervised Release of<br>4 years. Assessment in the amount of $100.00 |

**<u>Highest Offense Level (Opening)</u>**

Felony

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| CONSPIRACY TO DISTRIBUTE<br>CONTROLLED SUBSTANCE<br>(1) | Dismissed on Motion of the Government |

**<u>Highest Offense Level
(Terminated)</u>**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Notice Only**

| **Danniesa Hughes Sanders**<br>*TERMINATED: 09/26/2018* | represented by | **Danniesa Hughes Sanders**<br>07146–095<br>Federal Correctional Institution<br>P. O. Box 4000<br>Aliceville, AL 35442<br>PRO SE |
|---|---|---|

---

**Notice Only**

| **Rahkeyah Howard**<br>*TERMINATED: 09/19/2018* | represented by | **Rahkeyah Howard**<br>Federal Prison Camp Bryan<br>P.O. Box 2149<br>Bryan, TX 77805<br>PRO SE |
|---|---|---|

---

**Notice Only**

| **Carey James Bass** | represented by | **Carey James Bass**<br>Forrest City Correctional Complex<br>Forrest City Med<br>PO Box 3000<br>Forrest City, AK 72336<br>PRO SE |
|---|---|---|

---

**Plaintiff**

| **USA** | represented by | **Cam T. Le**<br>DOJ–USAO<br>53 Pleasant Street<br>Ste Fourth Floor<br>Concord, NH 03301<br>603–230–2247<br>Email: cam.le@usdoj.gov<br>*TERMINATED: 09/11/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney*<br><br>**Demetrius Damone Sumner**<br>U.S. Attorney's Office, Middle District of Louisiana |
|---|---|---|

777 Florida Street, Suite 208
Baton Rouge, LA 70801
(225) 389–0443
Fax: (225) 389–0561
Email: demetrius.sumner@usdoj.gov
*TERMINATED: 09/22/2020*
*LEAD ATTORNEY*
*Designation: Assistant United States
Attorney*

**Mary Patricia Jones**
United States Attorney's Office
Middle District of Louisiana
777 Florida Street
Suite 208
Baton Rouge, LA 70801
225–389–0443
Fax: 389–0561
Email: patricia.jones4@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States
Attorney*

**Peter J Smyczek**
U.S. Attorney's Office – Middle District of
Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801
(225) 389–0443
Email: peter.smyczek@usdoj.gov
*TERMINATED: 12/22/2020*
*LEAD ATTORNEY*
*Designation: Assistant United States
Attorney*

**Rene Irvin Salomon**
United States Attorney's Office – BR
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801
225–389–0443
Fax: 225–389–0561
Email: rene.salomon@usdoj.gov
*TERMINATED: 03/17/2020*
*LEAD ATTORNEY*
*Designation: Assistant United States
Attorney*

**Frederick Angelo Menner , Jr**
United States Attorney's Office
Middle District of Louisiana

777 Florida Street
Suite 208
Baton Rouge, LA 70801
225–389–0443
Fax: 389–0561
Email: fred.menner@usdoj.gov
*Designation: Assistant United States Attorney*

**James Patrick Thompson**
United States Attorney's Office – BR
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801
225–389–0443
Fax: 225–389–0685
Email: jay.thompson@usdoj.gov
*Designation: Assistant United States Attorney*

**John Brady Casey**
United States Attorney's Office
777 Florida Street
Suite 208
Baton Rouge, LA 70801
225–389–0443
Email: john.casey@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Robert William Piedrahita**
DOJ–USAO
Russell B. Long Federal Buildi
777 Florida Street, Suite 208
Baton Rouge, LA 70801
225–389–0443
Fax: 225–389–0561
Email: robert.piedrahita@usdoj.gov
*TERMINATED: 01/16/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Ryan Crosswell**
U.S. Attorney's Office, Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801
(225) 389–0443
Email: ryan.crosswell@usdoj.gov
*Designation: Assistant United States*

*Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/02/2014 | 82 | | SUPERSEDING INDICTMENT as to Ronrico Terrell, Sr (1) count(s) 1s, 2s–4s, 5s, 6s, 7s, Rahkeyah Howard (2) count(s) 1s, 3s, 7s, Howard S. Golphin (3) count(s) 1s, 5s, 6s, Danniesa Hughes Sanders (4) count(s) 1s, 6s, Carey James Bass (5) count(s) 1, 6. (Attachments: # 1 Grand Jury Return) (JDL) (Entered: 10/03/2014) |
| 10/06/2014 | 83 | | NOTICE TO COUNSEL as to Ronrico Terrell, Sr, Rahkeyah Howard, Danniesa Hughes Sanders: Due to the Superseding Indictment filed on 10/2/14, the jury trial assigned for 11/3/14 is cancelled and will be reassigned at a later date. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (DCB) (Entered: 10/06/2014) |
| 10/07/2014 | 84 | | NOTICE OF INITIAL APPEARANCE ON SUPERSEDING INDICTMENT as to Ronrico Terrell, Sr, Rahkeyah Howard, Danniesa Hughes Sanders, Carey James Bass: The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause the defendant's presence at such hearing. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) Initial Appearance set for 10/16/2014 at 02:00 PM in Courtroom 6 before Magistrate Judge Richard L. Bourgeois Jr. (JSL) (Entered: 10/07/2014) |
| 10/08/2014 | 87 | | NOTICE TO COUNSEL OF CHANGE IN COURTROOM as to Ronrico Terrell, Sr, Rahkeyah Howard, Danniesa Hughes Sanders, Carey James Bass: (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) Initial Appearance on Superseding Indictment set for 10/16/2014 at 02:00 PM in Courtroom 5 before Magistrate Judge Richard L. Bourgeois Jr. (JSL) (Entered: 10/08/2014) |
| 10/16/2014 | 88 | | Warrant of Arrest Returned Executed on 10/16/2014 in case as to Carey James Bass. (US Marshal 2, ) (Entered: 10/16/2014) |
| 10/16/2014 | 89 | | MINUTE ENTRY for proceedings held before Magistrate Judge Richard L. Bourgeois, Jr:Initial Appearance as to Carey James Bass held on 10/16/2014. Dft advised of the charges against him in the Superseding Indictment. FPD apptd. Govt moved for detention. Dft requested continuance so he may be represented by counsel. The court granted continuance & set detention hrg & arraignment for 10/23/2014 at 10:00 a.m. in courtroom 6. The dft is remanded to the custody of the USM. (JSL) (Entered: 10/21/2014) |
| 10/21/2014 | 90 | | ORDER OF TEMPORARY DETENTION as to Carey James Bass: Arraignment and Detention Hearing set for 10/23/2014 at 10:00 AM in Courtroom 6 before Magistrate Judge Richard L. Bourgeois Jr. Signed by Magistrate Judge Richard L. Bourgeois, Jr on 10/21/2014. (JSL) (Entered: 10/21/2014) |
| 10/22/2014 | 91 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Carey James Bass. Signed by Magistrate Judge Richard L. Bourgeois, Jr on 10/21/2014. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Indictment) (LLH) (Entered: 10/22/2014) |
| 10/23/2014 | 93 | | MINUTE ENTRY for proceedings held before Magistrate Judge Richard L. Bourgeois, Jr:Detention Hearing & Arraignment as to Carey James Bass (5) Count 1,6 held on 10/23/2014. Dft stipulated to detention reserving right to reopen. Based on dft's stipulation, the court granted govt's motion for detention & ordered dft detained. Dft informed of charges & maximum possible penalties. Dft entered plea of NOT GUILTY to the charges against him in the superseding indictment. The court accepted dft's plea of not guilty & will issue scheduling order. The dft is remanded to the custody of the USM. (JSL) (Entered: 10/23/2014) |
| 10/23/2014 | 94 | | ORDER OF DETENTION PENDING TRIAL as to Carey James Bass. Signed by Magistrate Judge Richard L. Bourgeois, Jr on 10/23/2014. (JSL) (Entered: 10/23/2014) |
| 10/23/2014 | 95 | | SCHEDULING ORDER as to Carey James Bass: Substantive Motion Filing Deadline set to 11/13/2014. Signed by Magistrate Judge Richard L. Bourgeois, Jr on 10/23/2014. (JSL) (Entered: 10/23/2014) |
| 10/29/2014 | 96 | | CJA Appointment as to Carey James Bass: Appointment of Michael Fiser for Carey James Bass. Signed by Magistrate Judge Richard L. Bourgeois, Jr on 10/17/2014. (LLH) (Entered: 10/29/2014) |
| 12/03/2014 | 97 | | NOTICE TO COUNSEL as to Ronrico Terrell, Sr, Rahkeyah Howard, Danniesa Hughes Sanders, Carey James Bass: (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) Status Conference set for 1/6/2015 at 10:30 AM in chambers before Judge Shelly D. Dick for the purpose of selecting a trial date.(DCB) (Entered: 12/03/2014) |
| 12/24/2014 | 100 | | MOTION to Enroll Robert W. Piedrahita as Additional Counsel by USA as to Ronrico Terrell, Sr, Rahkeyah Howard, Howard S. Golphin, Danniesa Hughes Sanders, Carey James Bass. (Le, Cam) (Entered: 12/24/2014) |
| 01/05/2015 | 101 | | ORDER granting 100 Motion to Enroll Additional Counsel adding Robert William Piedrahita for USA as additional counsel as to Ronrico Terrell Sr. (1), Rahkeyah Howard (2), Howard S. Golphin (3), Danniesa Hughes Sanders (4), Carey James Bass (5). Signed by Judge Shelly D. Dick on 1/5/2015. (SMG) (Entered: 01/05/2015) |
| 01/06/2015 | 102 | | MINUTE ENTRY and NOTICE SETTING TRIAL AND RELATED DEADLINES: Status Conference as to Ronrico Terrell, Sr, Rahkeyah Howard, Danniesa Hughes Sanders, Carey James Bass held in chambers on 1/6/2015 before Judge Shelly D. Dick. Jury Trial set for 4/27/2015 at 09:00 AM in Courtroom 3 before Judge Shelly D. Dick. Preliminary motions shall be filed on or before January 27, 2015. Any responses shall be filed by February 10, 2015. A hearing on all preliminary motions is assigned for Friday, March 6, 2015 at 9:30 a.m. in Courtroom 3. All other trial deadlines are set as stated herein. (DCB) (Entered: 01/06/2015) |
| 01/15/2015 | 104 | | MOTION to Substitute Ryan R. Crosswell in place of Robert W. Piedrahita as Attorney by USA as to Ronrico Terrell, Sr, Rahkeyah Howard, Howard S. Golphin, Danniesa Hughes Sanders, Carey James Bass. (Le, Cam) (Entered: 01/15/2015) |

| 01/16/2015 | 105 | | ORDER granting 104 Motion to Substitute Counsel. Ryan Crosswell for USA replacing Robert W. Piedrahita as to Ronrico Terrell Sr. (1), Rahkeyah Howard (2), Howard S. Golphin (3), Danniesa Hughes Sanders (4), Carey James Bass (5). Signed by Judge Shelly D. Dick on 01/16/2015. (BCL) (Entered: 01/16/2015) |
|---|---|---|---|
| 01/27/2015 | 106 | | NOTICE *of Potential 404(b) Evidence with Respect to Defendant Carey James Bass* by USA as to Carey James Bass (Le, Cam) (Entered: 01/27/2015) |
| 01/27/2015 | 107 | | MOTION and Incorporated Memorandum to Authenticate Recordings by USA as to Ronrico Terrell, Sr, Rahkeyah Howard, Howard S. Golphin, Danniesa Hughes Sanders, Carey James Bass. (Le, Cam) (Entered: 01/27/2015) |
| 01/27/2015 | 109 | | MOTION for Pretrial "James" Hearing and for Disclosure of Coconspirators Statements' by Carey James Bass. (Fiser, Michael) Modified to edit text on 1/28/2015 (SMG). Added MOTION for Disclosure of Coconspirators' Statements on 1/28/2015 (SMG). (Entered: 01/27/2015) |
| 02/02/2015 | 110 | | NOTICE OF HEARING as to Ronrico Terrell, Sr, Rahkeyah Howard, Danniesa Hughes Sanders, Carey James Bass : Hearing on all pending pretrial motions set for 3/19/2015 at 10:00 AM in Courtroom 3 before Judge Shelly D. Dick including requested James Hearing and Authentication Hearing. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (DCB) (Entered: 02/02/2015) |
| 02/10/2015 | 113 | | NOTICE of Intent to Enter Plea as to Carey James Bass (Le, Cam) (Entered: 02/10/2015) |
| 02/11/2015 | 114 | | NOTICE OF RE–ARRAIGNMENT as to Carey James Bass: Re–Arraignment set for 3/17/2015 at 09:30 AM in Courtroom 3 before Judge Shelly D. Dick. Counsel for the United States shall submit to the court, not later than FORTY–EIGHT HOURS prior to the date of the arraignment, any documents to be used during the arraignment, including, but not limited to the following: (1)waiver of indictment (2) bill of information(3) signed copy of plea agreement and (4) any written factual basis to be read into the record or used by any witness.The United States Attorney is responsible for issuing any necessary writ to obtain defendants presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain the defendants presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause the defendants presence at such hearing (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(DCB) (Entered: 02/11/2015) |
| 02/13/2015 | 119 | | Notice to Counsel as to Ronrico Terrell, Sr, Rahkeyah Howard, Danniesa Hughes Sanders, Carey James Bass: The Motion hearing assigned for 3/19/15 and the Trial assigned for 4/27/15 have been cancelled.(This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (DCB) (Entered: 02/13/2015) |
| 03/13/2015 | 125 | | NOTICE TO COUNSEL as to Ronrico Terrell, Sr, Rahkeyah Howard, Danniesa Hughes Sanders, Carey James Bass: Due to a scheduling conflict, the re–arraignments set for Tuesday, March 17, 2015 are cancelled and will be set at a later date.(This is a TEXT ENTRY ONLY. There is no hyperlink or |

| | | | |
|---|---|---|---|
| | | | PDF document associated with this entry.) (DCB) (Entered: 03/13/2015) |
| 03/13/2015 | 127 | | NOTICE OF RE–ARRAIGNMENT as to Carey James Bass: Re–Arraignment RESET for 3/19/2015 at 09:30 AM in Courtroom 3 before Judge Shelly D. Dick. Counsel for the United States shall submit to the court, not later than FORTY–EIGHT HOURS prior to the date of the arraignment, any documents to be used during the arraignment, including, but not limited to the following: (1)waiver of indictment (2) bill of information(3) signed copy of plea agreement and (4) any written factual basis to be read into the record or used by any witness.The United States Attorney is responsible for issuing any necessary writ to obtain defendants presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain the defendants presence and that no writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause the defendants presence at such hearing (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)(DCB) (Entered: 03/13/2015) |
| 03/19/2015 | 136 | | MINUTE ENTRY for Re–Arraignment as to Carey James Bass held on 3/19/2015 before Judge Shelly D. Dick. The Dft is sworn and questioned by the Court. Plea Agreement filed. Plea entered by Carey James Bass (5): Guilty as to Count 6 of the Superseding Indictment. The Court accepts the plea and defers acceptance of the Plea Agreement pending the PSR. The dft is remanded to the custody of the USM.(Court Reporter Judy Francisco.) (DCB) (Entered: 03/19/2015) |
| 03/19/2015 | 139 | | PLEA AGREEMENT as to Carey James Bass (SMG) (Entered: 03/19/2015) |
| 03/27/2015 | 140 | | MOTION *FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE* by USA as to Carey James Bass. (Attachments: # 1 Memorandum in Support Memo in Support, # 2 Proposed Pleading; Proposed Preliminary Order of Forfeiture, # 3 Attachment Certificate of Service)(Thompson, James) (Entered: 03/27/2015) |
| 03/30/2015 | 141 | | ORDER granting 140 Motion for Entry of Preliminary Order of Forfeiture as to Carey James Bass (5). Signed by Judge Shelly D. Dick on 3/30/2015. (SMG) (Entered: 03/30/2015) |
| 05/19/2015 | 149 | | NOTICE of Presentence Report Disclosure filed by USPO as to Carey James Bass Pursuant to General Order No. 2013 – 08, sentencing memoranda are no longer submitted to the U.S. Probation Office for filing, but should be filed by counsel, under SEAL, with counsel providing copies to the U.S. Probation Office and opposing counsel, at least seven days prior to the sentencing date. (Sibille, Keith) (Entered: 05/19/2015) |
| 05/19/2015 | 150 | | ***SEALED Presentence Investigation Report filed by USPO as to Carey James Bass. (For your free look at document, enter your ECF login and pw to confirm your right to view) (Sibille, Keith) (Entered: 05/19/2015) |
| 05/22/2015 | 154 | | NOTICE OF SENTENCING as to Carey James Bass: Sentencing set for 8/6/2015 at 09:30 AM in Courtroom 3 before Judge Shelly D. Dick. *The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U.S. Marshal determine that a writ is necessary to obtain defendant's presence and that no* |

| | | |
|---|---|---|
| | | *writ has been received, the U.S. Marshal shall immediately advise the U.S. Attorney to deliver such writ in sufficient time to cause the defendant's presence at such hearing.*<br><br>(This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (DCB) (Entered: 05/22/2015) |
| 06/11/2015 | 163 | ***SEALED Presentence Report Addendum filed by USPO as to Carey James Bass. (For your free look at document, enter your ECF login and pw to confirm your right to view) (Sibille, Keith) (Entered: 06/11/2015) |
| 07/02/2015 | 170 | MOTION *TO AMEND PRELIMINARY ORDER OF FORFEITURE* by USA as to Carey James Bass. (Attachments: # 1 Memorandum in Support Memo in Support, # 2 Proposed Pleading; Proposed Amended Order of Forfeiture, # 3 Attachment Certificate of Service)(Thompson, James) (Entered: 07/02/2015) |
| 07/06/2015 | 171 | ORDER granting 170 Motion TO AMEND PRELIMINARY ORDER OF FORFEITURE as to Carey James Bass (5). Signed by Judge Shelly D. Dick on 7/6/2015. (LLH) (Entered: 07/06/2015) |
| 08/06/2015 | 179 | MINUTE ENTRY for proceedings held before Judge Shelly D. Dick:Sentencing held on 8/6/2015 as to Carey James Bass.. The dft is remanded to the custody of the USM.(Court Reporter Judy Francisco.) (DCB) (Entered: 08/19/2015) |
| 08/19/2015 | 180 | JUDGMENT as to Carey James Bass (5), Count(s) 6. Imprisonment of 60 months. Supervised Release of 4 years. Assessment in the amount of $100.00. Signed by Judge Shelly D. Dick on 8/19/2015. (NLT) (Entered: 08/19/2015) |
| 08/19/2015 | | DISMISSAL OF COUNTS on Government Motion as to Carey James Bass. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry) (NLT) (Entered: 08/19/2015) |
| 05/18/2016 | 201 | NOTICE: dated May 18, 2016 from Clerk of Court to Counsel of Record Re: DISPOSITION OF EXHIBITS in accordance with LR 79(f) (TMR) (Entered: 05/18/2016) |
| 05/15/2017 | 213 | Mail Returned as Undeliverable on 211 Order on Motion for Miscellaneous Relief. Mail returned from Danniesa Hughes Sanders. Reason: Return to Sender – unable to forward, refused. (EDC) (Entered: 05/17/2017) |
| 07/26/2017 | 217 | NOTICE to Counsel: The Government shall respond to Record Documents 214, 215, and 216 within twenty–one (21) days. (BKA) (Entered: 07/26/2017) |
| 08/07/2017 | 220 | Letter dated 5/21/2017 from Carey James Bass to Honorable Shelly D. Dick Re: Jail Credit. (KAH) (Main Document 220 replaced on 8/10/2017) (KAH). Modified to correct the file date on 8/10/2017 (KAH). (Entered: 08/08/2017) |
| 09/19/2018 | 232 | Mail Returned as Undeliverable on 231 Order on Motion to Substitute Attorney. Mail returned from Rahkeyah Howard. Reason: Return to Sender – no longer at this address. (EDC) (Entered: 09/20/2018) |
| 09/24/2018 | 233 | Mail Returned as Undeliverable on 231 Order on Motion to Substitute Attorney. Mail returned from Danniesa Hughes Sanders. Reason: Return to Sender – unable to forward. (EDC) (Entered: 09/25/2018) |

| 10/02/2018 | 234 | | Mail Returned as Undeliverable on 231 Order on Motion to Substitute Attorney. Mail returned from Carey James Bass. Reason: Return to Sender – unable to forward. (EDC) (Entered: 10/03/2018) |
| 12/27/2019 | 240 | | Mail Returned as Undeliverable. on 239 Order on Motion for Forfeiture of Property. Mail returned from Carey James Bass. Reason: Unable to Identify Inmate. (KAH) (Entered: 12/30/2019) |
| 09/22/2020 | 262 | | ORDER granting 261 Motion to Substitute Attorney. Peter John Smyczek for USA replacing Demtrius D. Sumner. Signed by Chief Judge Shelly D. Dick on 9/22/2020. (LLH) (Entered: 09/22/2020) |
| 01/30/2023 | 276 | | Supervised Release Jurisdiction Transferred to Eastern District of Louisiana as to Carey James Bass. (LLH) (Entered: 01/30/2023) |

*Case #: 3:14–cr–00050–SDD–RLB*

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    OCT 0 2 2014

CLERK

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**SUPERSEDING INDICTMENT FOR CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE COCAINE AND COCAINE BASE; DISTRIBUTION OF COCAINE; POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE AND COCAINE BASE; UNLAWFUL USE OF A COMMUNICATIONS FACILITY; POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME; AND FORFEITURE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 14-50-SDD-RLB |
| versus | : | |
| | : | 21 U.S.C. § 846 |
| RONRICO TERRELL, SR., also known as | : | 21 U.S.C. § 841(a)(1) |
| "Ronrico Howard," "Co," "Shorty," and "Rico," | : | 21 U.S.C. § 843(b) |
| RAHKEYAH HOWARD, also known as "Boo," | : | 18 U.S.C. § 2 |
| HOWARD S. GOLPHIN, | : | 18 U.S.C. § 924(c)(1)(A) |
| DANNIESA HUGHES SANDERS, and | : | 21 U.S.C. § 853 |
| CAREY JAMES BASS | : | 18 U.S.C. § 924(d)(1) |

**THE GRAND JURY CHARGES:**

### COUNT ONE

Beginning on an exact date unknown to the Grand Jury, but no later than in or about December 2013, and continuing until on or about the date of this Indictment, in the Middle District of Louisiana and elsewhere, **RONRICO TERRELL, SR.**, also known as "Ronrico Howard," "Co," "Shorty," and "Rico"; **RAHKEYAH HOWARD**, also known as "Boo"; **HOWARD S. GOLPHIN**; **DANNIESA HUGHES SANDERS**; and **CAREY JAMES BASS**, defendants herein, did conspire with each other and others, both known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute a substance containing a detectable quantity of cocaine and a substance containing a detectable quantity of cocaine base, also known as "crack cocaine," Schedule II controlled substances, and did aid and abet said conspiracy, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to defendant **RONRICO TERRELL, SR.,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is twenty-eight (28) grams or more of a substance containing a detectable quantity of cocaine base, also known as "crack cocaine," and five-hundred (500) grams or more of a substance containing a detectable quantity of cocaine.

With respect to defendant **RAHKEYAH HOWARD,** the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is five-hundred (500) grams or more of a substance containing a detectable quantity of cocaine.

With respect to defendant **HOWARD S. GOLPHIN,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is twenty-eight (28) grams or more of a substance containing a detectable quantity of cocaine base, also known as "crack cocaine."

With respect to defendant **DANNIESA HUGHES SANDERS,** the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is twenty-eight (28) grams or more of a substance containing a detectable quantity of cocaine base, also known as "crack cocaine."

With respect to defendant **CAREY JAMES BASS,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is twenty-eight (28) grams or more of a substance containing a detectable quantity of cocaine base, also known as "crack cocaine."

The above is a violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT TWO

On or about December 11, 2013, in the Middle District of Louisiana, **RONRICO TERRELL, SR.**, also known as "Ronrico Howard," "Co," "Shorty," and "Rico," defendant herein, knowingly and intentionally did distribute a substance containing a detectable quantity of cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about February 5, 2014, in the Middle District of Louisiana, **RONRICO TERRELL, SR.**, also known as "Ronrico Howard," "Co," "Shorty," and "Rico," and **RAHKEYAH HOWARD**, also known as "Boo," defendants herein, knowingly and intentionally did distribute a substance containing a detectable quantity of cocaine, a Schedule II controlled substance, and did aid and abet each other to do so.

The above is a violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about February 6, 2014, in the Middle District of Louisiana, **RONRICO TERRELL, SR.**, also known as "Ronrico Howard," "Co," "Shorty," and "Rico," defendant herein, knowingly and intentionally did distribute a substance containing a detectable quantity of cocaine, a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about April 1, 2014, in the Middle District of Louisiana, **RONRICO TERRELL, SR.**, also known as "Ronrico Howard," "Co," "Shorty," and "Rico," and **HOWARD S.**

3

13

**GOLPHIN**, defendants herein, knowingly and intentionally used communications facilities (telephones), in committing and in causing and facilitating the commission of felonies under the Controlled Substances Act, that is, conspiracy to distribute, possession with intent to distribute, and distribution of cocaine and cocaine base, also known as "crack cocaine," which are violations of Title 21, United States Code, Sections 846 and 841(a)(1).

The above is a violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2.

### COUNT SIX

On or about April 1, 2014, in the Middle District of Louisiana, **RONRICO TERRELL, SR.**, also known as "Ronrico Howard," "Co," "Shorty," and "Rico," **HOWARD S. GOLPHIN**, **DANNIESA HUGHES SANDERS**, and **CAREY JAMES BASS**, defendants herein, knowingly and intentionally did possess with the intent to distribute twenty-eight (28) grams or more of a substance containing a detectable quantity of cocaine base, also known as "crack cocaine," and a substance containing a detectable quantity of cocaine, Schedule II controlled substances, and did aid and abet each other to do so.

The above is a violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT SEVEN

On or about April 16, 2014, in the Middle District of Louisiana, **RONRICO TERRELL, SR.**, also known as "Ronrico Howard," "Co," "Shorty," and "Rico," and **RAHKEYAH HOWARD**, also known as "Boo," defendants herein, knowingly possessed a firearm, that is, a Glock, model 17, 9 millimeter pistol, bearing serial number VKG000, in furtherance of the drug trafficking crime charged in Count One, conspiracy to distribute and possess with the intent to

distribute cocaine and cocaine base, also known as "crack cocaine," which is a violation of Title 21, United States Code, Section 846.

The above is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## FORFEITURE

Upon conviction of any of the offenses set forth in Counts One through Four and Six above, **RONRICO TERRELL, SR.,** also known as "Ronrico Howard," "Co," "Shorty," and "Rico"; **RAHKEYAH HOWARD,** also known as "Boo"; **HOWARD S. GOLPHIN**; **DANNIESA HUGHES SANDERS**; and **CAREY JAMES BASS**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from proceeds obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations.

If any of the property or proceeds obtained directly or indirectly as a result of the offenses charged, due to any act of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred, sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p) in satisfaction of the forfeiture money judgment.

Upon conviction on Count Seven above, **RONRICO TERRELL, SR.**, also known as

"Ronrico Howard," "Co," "Shorty," and "Rico," and **RAHKEYAH HOWARD**, also known as

"Boo," shall forfeit to the United States, pursuant to Title 21, United States Code, Section

924(d)(1), any firearm or ammunition involved in or used in said violation, namely, a Glock,

model 17, 9 millimeter pistol, bearing serial number VKG000.

UNITED STATES OF AMERICA, by                    **A TRUE BILL**


J. WALTER GREEN
UNITED STATES ATTORNEY


CAM T. LE                                       DATE
ASSISTANT U. S. ATTORNEY

6

16

# Criminal Cover Sheet                    U.S. District Court

---

**Place of Offense:**                    **Matter to be sealed:**  ☒ No   ☐ Yes

City          <u>Baton Rouge</u>          **Related Case Information:**

County/Parish   <u>East Baton Rouge Parish</u>

**Superseding Indictment** <u>  X  </u> **Docket Number** <u>14-50-SDD</u>
**Same Defendant** <u>  X  </u>          New Defendant <u>_____</u>
Magistrate Case Number <u>_____</u>
Search Warrant Case No. <u>_____</u>
R 20/ R 40 from District of <u>_____</u>
**Any Other Related Cases:** <u>Selders; Williams; Finley; Lacour,</u>
<u>et al; and Terrell, et al</u>

## Defendant Information:

Defendant Name:   **Ronrico Terrell**
Alias:
Address:
Birthdate:   SS #:   Sex:   Race:   Nationality

## U.S. Attorney Information:

AUSA:  **Cam T. Le**          Bar #:  **BBO 663328**

**Interpreter:**  ☒ No ☐ Yes      **List language and/or dialect:** <u>_____</u>

## Location Status:

Arrest Date   <u>_____</u>
<u>_____</u>   Already in Federal Custody as of
<u>_____</u>   Already in State Custody
<u>_____</u>   On Pretrial Release

## U.S.C. Citations:

Total # of Counts:   <u> 7 </u>

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> | **Petty/ Misdemeanor/ <u>Felony</u>** |
|---|---|---|---|
| <u>21 U.S.C. § 846</u> | <u>Conspiracy</u> | <u>1</u> | Felony |
| <u>21 U.S.C. § 841(a)(1)</u> | <u>Distribution of Cocaine</u> | <u>2 - 4</u> | Felony |
| <u>21 U.S.C. § 843(b)</u> | <u>Use of Communications Facility in Furtherance of</u> the Commission of a Felony | <u>5</u> | Felony |
| <u>21 U.S.C. § 841(a)(1)</u> | <u>Possession with Intent to Distribute 28 grams or More</u> of Cocaine Base and Cocaine | <u>6</u> | Felony |

(Continued on Next Page)

| Index Key/Code | Description of Offense Charged | Count(s) | Misdemeanor/ |
|---|---|---|---|
| 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 7 | Felony |

**Date:** _10-2-14_        **Signature of AUSA:** _Cam Le_____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet        U.S. District Court

**Place of Offense:**                    **Matter to be sealed:**   ☒ No   ☐ Yes

City            <u>Baton Rouge</u>        **Related Case Information:**

County/Parish   <u>East Baton Rouge Parish</u>

**Superseding Indictment** <u>X</u>   **Docket Number** <u>14-50-SDD</u>
**Same Defendant** <u>X</u>              New Defendant _____
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** <u>Selders; Williams; Finley; Lacour,</u>
<u>et al; and Terrell, et al</u>

**Defendant Information:**

Defendant Name:   **Rahkeyah Rochelle Howard**
Alias:
Address:
Birthdate:   SS #:   Sex:   Race:   Nationality

**U.S. Attorney Information:**

AUSA:   **Cam T. Le**        Bar #:   **BBO 663328**

**Interpreter:**   ☒ No  ☐ Yes        **List language and/or dialect:** _____

**Location Status:**

Arrest Date   _____
_____   Already in Federal Custody as of
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:   <u>3</u>

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy | 1 | Felony |
| 21 U.S.C. § 841(a)(1) | Distribution of Cocaine | 3 | Felony |
| 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 7 | Felony |

**Date:**  <u>10-2-14</u>        **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet     U.S. District Court

**Place of Offense:**         **Matter to be sealed:**    ☒ No    ☐ Yes

City      <u>Baton Rouge</u>        **Related Case Information:**

County/Parish   <u>East Baton Rouge Parish</u>      **Superseding Indictment** <u> X </u> **Docket Number** <u>14-50-SDD</u>
                                            **Same Defendant** <u>  X  </u>   New Defendant <u>       </u>
                                            Magistrate Case Number <u>           </u>
                                            Search Warrant Case No. <u>           </u>
                                            R 20/ R 40 from District of <u>        </u>
                                            Any Other Related Cases: <u>Selders; Williams; Finley; Lacour,</u>
                                                              <u>et al; and Terrell, et al</u>

## Defendant Information:

Defendant Name:    **Howard S. Golphin**
Alias:
Address:
Birthdate:   SS #:     Sex:     Race:     Nationality

## U.S. Attorney Information:

AUSA:   **Cam T. Le**        Bar #:   **BBO 663328**

**Interpreter:**   ☒ **No** ☐ Yes     **List language and/or dialect:** <u>                 </u>

## Location Status:

Arrest Date   <u>            </u>
<u>      </u>    Already in Federal Custody as of
<u>      </u>    Already in State Custody
<u>      </u>    On Pretrial Release

## U.S.C. Citations:

Total # of Counts:    <u>**3**</u>

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy | 1 | Felony |
| 21 U.S.C. § 843(b) | Use of Communications Facility in Furtherance of the Commission of a Felony | 5 | Felony |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute 28 grams or More of Cocaine Base and Cocaine | 6 | Felony |

**Date:** <u>10-2-14</u>      **Signature of AUSA:** <u>Cam Le</u>

**District Court Case Number (To be filled in by deputy clerk):** <u>               </u>

# Criminal Cover Sheet                                   U.S. District Court

**Place of Offense:**

City          <u>Baton Rouge</u>

County/Parish  <u>East Baton Rouge Parish</u>

**Matter to be sealed:**   ☒ No   ☐ Yes

**Related Case Information:**

**Superseding Indictment** <u>X</u>  **Docket Number** <u>14-50-SDD</u>
**Same Defendant** <u>X</u>           New Defendant _____
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: <u>Selders; Williams; Finley; Lacour,</u>
<u>et al; and Terrell, et al</u>

**Defendant Information:**

Defendant Name:  **Danniesa Hughes Sanders**
Alias:
Address:
Birthdate:      SS #:      Sex:      Race:      Nationality

**U.S. Attorney Information:**

AUSA:  **Cam T. Le**          Bar #:  **BBO 663328**

**Interpreter:**   ☒ No   ☐ Yes      **List language and/or dialect:** _____

**Location Status:**

Arrest Date    _____
_____   Already in Federal Custody as of
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    <u>2</u>

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> | Petty/ Misdemeanor/ <u>Felony</u> |
|---|---|---|---|
| <u>21 U.S.C. § 846</u> | <u>Conspiracy</u> | <u>1</u> | <u>Felony</u> |
| <u>21 U.S.C. § 841(a)(1)</u> | <u>Possession with Intent to Distribute 28 grams or More</u> Of Cocaine Base and Cocaine | <u>6</u> | <u>Felony</u> |

Date:  <u>10-2-14</u>          Signature of AUSA:  _Cam Le_____

**District Court Case Number (To be filled in by deputy clerk):** _____

21

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**

**Matter to be sealed:** ☒ No ☐ Yes

City      <u>Baton Rouge</u>

**Related Case Information:**

County/Parish    <u>East Baton Rouge Parish</u>

Superseding Indictment <u> X </u> **Docket Number** <u>14-50-SDD</u>
Same Defendant <u>     </u>    **New Defendant** <u>  X  </u>
Magistrate Case Number <u>         </u>
Search Warrant Case No. <u>         </u>
R 20/ R 40 from District of <u>       </u>
Any Other Related Cases: <u>Selders; Williams; Finley; Lacour,</u>
<u>et al; and Terrell, et al</u>

**Defendant Information:**

Defendant Name:    **Carey James Bass**
Alias:
Address:
Birthdate:    SS #:    Sex:    Race:    Nationality

**U.S. Attorney Information:**

AUSA:   **Cam T. Le**      Bar #:  **BBO 663328**

**Interpreter:** ☒ No ☐ Yes     **List language and/or dialect:** <u>               </u>

**Location Status:**

Arrest Date <u>             </u>
<u>     </u>    Already in Federal Custody as of
<u>     </u>    Already in State Custody
<u>     </u>    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    <u>**2**</u>

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> | Petty/ Misdemeanor/ <u>Felony</u> |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy | 1 | Felony |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute 28 grams or More Of Cocaine Base and Cocaine | 6 | Felony |

**Date:** <u>10-2-14</u>     **Signature of AUSA:** <u>Cam Le</u>

**District Court Case Number (To be filled in by deputy clerk):** <u>               </u>



U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED   OCT 0 2 2014

CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

### *GRAND JURY RETURN*

Date: October 2, 2014

UNITED STATES OF AMERICA

VERSUS

RONRICO TERRELL, SR., also known as
"Ronrico Howard," "Co," "Shorty," and "Rico,"
RAHKEYAH HOWARD, also known as "Boo,"
HOWARD S. GOLPHIN,
DANNIESA HUGHES SANDERS, and
CAREY JAMES BASS

CRIMINAL

NO.  14-50-SDD-RLB

> PRESENT:   Kevin R. Sanchez
> Counsel for U.S.A.

Superseding Indictment filed into the record and arrest warrant issued.

\* \* \* \* \*

AO 245B    (Rev. 09/11)  Judgment in a Criminal Case
Sheet1

# United States District Court
## Middle District of Louisiana

UNITED STATES OF AMERICA

v.

CAREY JAMES BASS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:  3:14CR00050-05

USM Number:  07215-095

Michael A. Fiser
_____
Defendant's Attorney

**THE DEFENDANT:**

[✔]    pleaded guilty to count(s): 6 of the Superseding Indictment .

[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.

[ ]    was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute 28 Grams or More of Cocaine Base and Cocaine | 4/1/2014 | 6 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on counts(s)  ___ .

[✔]    Count(s) 1 of the Indictment  is/are dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material changes in economic circumstances.

8/6/2015
_____
Date of Imposition of Judgment

*Shelly D. Dick*
_____
Signature of Judge

_____
SHELLY D. DICK, United States District Judge
Name and Title of Judge

8/19/2015
_____
Date

24

AO 245B       (Rev. 09/11) Judgment in a Criminal Case
              Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:       3:14CR00050-05 | Judgment - Page 2 of 6 |
| DEFENDANT:        CAREY JAMES BASS | |

# IMPRISONMENT

        The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months .

        This sentence shall run concurrent with any potential sentence imposed on Docket No. 14-FELN-030981 and 14-MISD-106849, 21st Judicial District Court, Livingston, Louisiana, but consecutive to any sentence imposed on Docket No. 2011-CR-350, 40th Judicial District Court, LaPlace, Louisiana.

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        It is recommended that the defendant be housed in a facility capable of providing substance abuse treatment, mental health treatment, and a general equivalency diploma.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                        _____
                                        UNITED STATES MARSHAL

                                        By  _____
                                              Deputy U.S.  Marshal

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 - Supervised Release

| | |
|---|---|
| CASE NUMBER:      3:14CR00050-05 | Judgment - Page 3  of  6 |
| DEFENDANT:        CAREY JAMES BASS | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  four years .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check if applicable.)

[✔]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable.)

[✔]     The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

[ ]     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.   (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a substance abuse assessment and/or treatment program and

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 3:14CR00050-05 | Judgment - Page 4 of 6 |
| DEFENDANT: | CAREY JAMES BASS | |

residential treatment if needed, and shall assist in the cost of said treatment, as approved by the probation officer.

   The defendant shall submit to random substance abuse testing as directed by the probation officer.

   The defendant shall participate in a mental health assessment and/or treatment program and shall assist in the cost of said treatment, as approved by the probation officer.

   The defendant shall submit his or her person, property, house, residence, vehicle, papers or computers  (as defined in 18 U.S.C. § 1030  (e)   (1)  ) , other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer.   Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his/her supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

| | |
|---|---|
| CASE NUMBER:   3:14CR00050-05 | Judgment - Page 5  of  6 |
| DEFENDANT:   CAREY JAMES BASS | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ |

[ ]   The determination of restitution is deferred until _.  An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

[ ]   The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C.§3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ ____ | $____ | |

[ ]   Restitution amount ordered pursuant to plea agreement .......... **$____**

[ ]   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ]   The interest requirement is waived for the            [ ]  fine                [ ]  restitution.

[ ]   The interest requirement for the [ ]  fine   [   ]  restitution  is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

| | | |
|---|---|---|
| CASE NUMBER: | 3:14CR00050-05 | Judgment - Page 6 of 6 |
| DEFENDANT: | CAREY JAMES BASS | |

# SCHEDULE OF PAYMENTS

Having accessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    [ ]    Lump sum of $ _ due immediately, balance due

       [] not later than _, or
       [] in accordance       [] C, [] D,  [] E, or [] F below; or

B    [✔]    Payment to begin immediately (may be combined with [] C, [] D, or [✔] F below); or

C    [ ]    Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D    [ ]    Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    []    Payment during the term of supervised release will commence within _(e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    [✔]    Special instructions regarding the payment of criminal monetary penalties:

       A $100.00 assessment, due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

    [ ]    Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    [ ]    The defendant shall pay the cost of prosecution.

    [ ]    The defendant shall pay the following court costs:

    [✔]    The defendant shall forfeit the defendant's interest in the following property to the United States:

    Pursuant to 21 U.S.C. § 853, the defendant shall forfeit to the United States all property constituting and derived from proceeds to obtained, directly and indirectly, from the commission of the drug trafficking offense in violation of 21 U.S.C. § 841(a)(1), including, but not limited to, at least $8,000.00, representing the value of the drugs associated with this offense.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.